**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>URIEL LIRA-CABRERA,<br>  aka "Moises Munoz-Rodriguez,"<br>  aka "Hugo Padilla,"<br><br>                Defendant. | Case No. 2:25-cr-00142-GMN-MDC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 24, 2026 at 9:00 a.m., be vacated and continued to <u>July 28, 2026</u> at the hour of 10:00 a.m.

DATED this <u>21</u> day of April, 2026.

_____

UNITED STATES DISTRICT JUDGE

3