Ross C. Goodman, Esq.
Nevada Bar No. 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email: ross@goodmanlawgroup.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00142 |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| URIEL LIBRA-CABRERA, | |
| Defendant. | |

Defendant URIEL LIBRA-CABRERA hereby substitutes Ross C. Goodman, Esq., Bar No. 7722, 520 South 4th Street, 2nd Fl., Las Vegas, Nevada 89101, 702-383-5088 as attorney of record in place and stead of Dawn A. Penn

Dated this _14_ day of April 2026.

_Uriel Libra cabrera_
Uriel Libra Cabrera

Dated: this _20_ day of April 2026.

_s/ Dawn A. Penn_
Dawn A. Penn

///

///

///

///

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

1

I am duly admitted to practice in this District.

Dated this 13th day of April 2026.

_____
Ross C. Goodman, Esq.
Nevada Bar No. 7722

APPROVED:

**Dated 5-12-26.**

_____
United States Magistrate Judge

GOODMAN LAW GROUP
A Professional Corporation
520 S. Fourth St., 2nd Fl.
Las Vegas, Nevada 89101
(702) 383-5088

2