**ROSS C. GOODMAN, ESQ.**
Nevada State Bar No: 7722
GOODMAN LAW GROUP, P.C.
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 383-5088
Facsimile: (702) 385-5088
Email:  ross@goodmanlawgroup.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00142-GMN-MDC |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE REVOCATION HEARING** (Second Request) |
| URIEL LIRA-CABRERA, aka "Moises Munoz-Rodriguez," aka "Hugo Padilla," | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Ross C. Goodman, Esq., of Goodman Law Group, P.C., counsel for Defendant URIEL LIRA-CABRERA, that the Revocation Hearing currently scheduled on July 28, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than September 16, 2026.

This Stipulation is entered into for the following reasons:

1.      The parties have reached a proposed global resolution in this case and case 2:26-cr-00129-GMN-EJY.

2.      It is the request of the parties that Case 2:26-cr-00129-GMN-EJY, which is currently scheduled for September 16, 2026, proceed first.

3.      The defendant is detained and agrees with the need for the continuance.

4.      The parties agree to the continuance.

///

This is the second request for a continuance of the revocation hearing.

DATED this 6th day of July, 2026.

GOODMAN LAW GROUP, P.C.

TODD BLANCHE
Acting Attorney General

*/s/ Ross C. Goodman, Esq.*
Ross C. Goodman, Esq.
Counsel for Defendant
URIEL LIRA-CABRERA

*/s/ Clay Plummer*

CLAY PLUMMER
Special Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

URIEL LIRA-CABRERA,
  aka "Moises Munoz-Rodriguez,"
  aka "Hugo Padilla,"

       Defendant.

Case No. 2:25-cr-00142-GMN-MDC

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 28, 2026 at 10:00 a.m., be vacated and continued to September 16, 2026 at the hour of 9:30 a.m.

DATED this __6__ day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE